1  Brandon M. Tesser (SBN 168476)
   Elina Antoniou (SBN 274014)
2  TESSER RUTTENBERG & GROSSMAN LLP
   12100 Wilshire Blvd., Suite 220
3  Los Angeles, CA 90025
   Tel: (310) 207-4022
4  Fax: (310) 207-4033

5  Attorneys for Plaintiff
   ROB THOMAS

FILED
CLERK, U.S. DISTRICT COURT
MAR 17 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DISTRICT

| | |
|---|---|
| ROB THOMAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN SKIPPER "SKIP" WOODS, an individual; BLIND SQUIRREL, LLC, a Texas limited liability company; OUTLAW ENTERTAINMENT GROUP LLC, a California limited liability company; WARMONGER MEDIA, INC., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:13-cv-09389-FMO (SHx)<br><br>**JOINT STIPULATION RE PROTECTIVE ORDER** |

**JOINT STIPULATION RE PROTECTIVE ORDER**
-1-

## STIPULATION

WHEREAS, on or about February 7, 2014 the court signed the proposed stipulated protective order in this matter (the "Protective Order").

WHEREAS, Plaintiff has served various nonparties with subpoenas for the production of certain business records.

WHEREAS, many of these nonparties wish for their production to be covered by the Protective Order.

Accordingly, the parties hereto, by and between their counsel of record, do hereby stipulate to the following:

The Protective Order shall be amended to include within the definition of "Classified Information" any documents produced by any nonparty who designates their production as confidential, and such nonparty shall be subject to all the terms of the protective order as if it were a party and may avail itself of the Court or other avenues of relief provided by the Protective Order with respect to its Classified Information.

Dated: March 7, 2014        TESSER RUTTENBERG & GROSSMAN LLP

By: _____
Brandon M. Tesser
Attorneys for Plaintiff

Dated: March 7, 2014        RAINES FELDMAN LLP

By: _____
Robert M. Shore
Attorneys for Defendants

So ordered,

Dated: 3/17/14        STEPHEN J. HILLMAN

**JOINT STIPULATION RE PROTECTIVE ORDER**
-2-