1  Brandon M. Tesser (SBN 168476)
   Elina Antoniou (SBN 274014)
2  TESSER RUTTENBERG & GROSSMAN LLP
   12100 Wilshire Blvd., Suite 220
3  Los Angeles, CA 90025
   Tel: (310) 207-4022
4  Fax: (310) 207-4033

5  Attorneys for Plaintiff
   ROB THOMAS
6

7                **UNITED STATES DISTRICT COURT**

8                **CENTRAL DISTRICT OF CALIFORNIA**

9                       **WESTERN DISTRICT**

10

11 | ROB THOMAS, an individual, | ) Case No. 2:13-cv-09389-FMO (SHx) |
12 |        Plaintiff,          | ) |
   |                            | ) **NOTICE OF SETTLEMENT** |
13 |        vs.                 | ) |
   |                            | ) |
14 | JOHN SKIPPER "SKIP" WOODS, an individual; BLIND SQUIRREL, LLC, a Texas limited liability company; OUTLAW ENTERTAINMENT GROUP LLC, a California limited liability company; WARMONGER MEDIA, INC., a Texas corporation; and DOES 1 through 20, inclusive, | ) |
18 |        Defendants.         | ) |

20  / / /
21  / / /
22  / / /
23  / / /

**NOTICE OF SETTLEMENT**
-1-

# NOTICE OF SETTLEMENT

**TO THE HON. FERNANDO M. OLGUIN, UNITED STATES DISTRICT COURT JUDGE, ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the parties in the above-captioned matter have reached an agreement in principle for the settlement of the case. The parties are in the process of obtaining and exchanging signatures on a settlement agreement that will resolve their dispute in its entirety. The parties' agreement requests that the Court retain jurisdiction to enforce, if necessary, certain of the parties' obligations. Accordingly, the parties hereby request that the Court retain jurisdiction of this matter. The parties anticipate dismissing the matter in its entirety on or before April 15, 2015.

Dated: August 26, 2014    TESSER RUTTENBERG & GROSSMAN LLP

By:    */s/ Brandon M. Tesser*
Brandon M. Tesser
Attorneys for Plaintiff

Dated: August 26, 2014    RAINES FELDMAN LLP

By:    */s/ Robert M. Shore*
Robert M. Shore
Attorneys for Defendants